United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-11406-pmm

Gregory Ehret  Chapter 13

Lauri Ehret

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 4 |
| Date Rcvd: Dec 14, 2020 | Form ID: 152 | Total Noticed: 73 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Ehret, 3439 Colgate Court, Bethlehem, PA 18020-2012 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg |   | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14478689 |   | Asset Recovery Solutions, LLC, 2200 E. Devon Ave., Ste. 200, Des Plaines, IL 60018-4501 |
| 14478692 | + | Bethlehem Eye Associates PC, 800 Eaton Avenue, Suite 101, Bethlehem, PA 18018-1867 |
| 14478693 | + | Bethlehem Township, 4225 Easton Avenue, Bethlehem, PA 18020-1496 |
| 14478696 |   | CH Hospital of Allentown, PO Box 826348, Philadelphia, PA 19182-6348 |
| 14478697 | + | CHS Profession Practice Inc., PO Box 826348, Philadelphia, PA 19182-6348 |
| 14497205 | + | CREDIT FIRST NA, po box 818011, CLEVELAND, OH 44181-8011 |
| 14504842 | + | City of Bethlehem, 10 East Church Street, Attn: Solicitor's Office, Bethlehem, PA 18018-6028 |
| 14478698 | + | City of Bethlehem, Water, Sewer & Misc. Services, 10 E. Church St., Bethlehem, PA 18018-6005 |
| 14478701 | + | Credit First National Assoc, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14478700 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14500308 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14534860 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14559389 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14478703 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14478704 | + | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 14478705 | + | FirstSource Advantage LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 14478706 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 14478707 | + | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 14486855 |   | Freedom Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14559497 | + | Freedom Mortgage Corporation, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14487154 | + | Freedom Mortgage Corporation, C/O THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14478710 |   | HSA Home Warranty, PO Box 851, Memphis, TN 38101-0851 |
| 14478717 | + | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 14478723 | + | PPL Electric Utilities, PO Box 25222, Lehigh Valley, PA 18002-5222 |
| 14478721 | + | Penn Credit, 916 S 14th St, PO Box 988, Harrisburg, PA 17108-0988 |
| 14478720 | + | Penn Credit, Attn:Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 14478724 | + | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14478725 | + | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 14478726 | + | St. Luke's Anderson Campus, Lockbox #9132, PO Box 8500, Philadelphia, PA 19178-8500 |
| 14478727 |   | St. Luke's Physician Group, Box 4096, PO Box 8500, Philadelphia, PA 19178-4096 |
| 14478728 |   | Teamster Privilege Credit Card, PO Box 71104, Charlotte, NC 28272-1104 |
| 14478729 | + | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14478730 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14478731 |   | The CBE Group, Inc., Payment Processing Center, PO Box 2068, Waterloo, IA 50704-2068 |

Case 20-11406-pmm   Doc 40   Filed 12/16/20   Entered 12/17/20 01:16:23   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: Adminstra | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: 152 | Total Noticed: 73 |

| | | |
|---|---|---|
| 14497802 | + | Township of Bethlehem, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14497803 | + | Township of Bethlehem, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14494607 | + | Vive Financial, 380 Data Drive, Suite #200, Draper UT 84020-2361 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2020 03:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 15 2020 03:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14478688 | | Email/Text: ebn@americollect.com | Dec 15 2020 03:45:00 | Americollect Inc, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 14478687 | | Email/Text: ebn@americollect.com | Dec 15 2020 03:45:00 | Americollect Inc, Po Box 1566, 1851 S Alverno Rd, Manitowoc, WI 54221 |
| 14502928 | + | Email/Text: g20956@att.com | Dec 15 2020 03:45:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14478684 | + | Email/Text: bankrupt@affiliatedcreditors.com | Dec 15 2020 03:44:00 | Affiliated Creditors, Inc., 176 Thompson Lane, Nashville, TN 37211-2468 |
| 14501284 | | Email/Text: ally@ebn.phinsolutions.com | Dec 15 2020 03:44:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14478685 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 15 2020 03:44:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14478686 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 15 2020 03:44:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14478691 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Dec 15 2020 03:45:00 | Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14478690 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Dec 15 2020 03:45:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 14496495 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 04:11:05 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14478695 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 15 2020 04:02:57 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14478694 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 15 2020 04:03:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14478699 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 15 2020 03:44:00 | Comenity - Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 14478702 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 15 2020 04:07:30 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14501231 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 15 2020 04:11:12 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14478708 | + | Email/Text: bankruptcy@hccredit.com | Dec 15 2020 03:45:00 | HC Processing Center, Po Box 829, Springdale, AR 72765-0829 |
| 14478709 | + | Email/Text: bankruptcy@hccredit.com | Dec 15 2020 03:45:00 | HC Processing Center, 203 E Emma Ave Ste A, Springdale, AR 72764-4625 |
| 14478711 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2020 03:44:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | | | | |
|---|---|---|---|---|
| 14481009 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2020 04:07:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14478712 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2020 04:07:31 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14478713 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 03:45:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14478714 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 03:45:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14499792 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 03:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14478716 | + | Email/Text: bankruptcy@sccompanies.com | Dec 15 2020 03:45:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14478715 | + | Email/Text: bankruptcy@sccompanies.com | Dec 15 2020 03:45:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14478719 | + | Email/PDF: cbp@onemainfinancial.com | Dec 15 2020 04:07:27 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14494026 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 04:07:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14495808 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 15 2020 03:45:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14498011 | *+ | Township of Bethlehem, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14478718 | ##+ | Nationwide Credit, P.O. Box 26314, Lehigh Valley, PA 18002-6314 |
| 14478722 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

| District/off: 0313-4 | User: Adminstra | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: 152 | Total Noticed: 73 |

JAMES RANDOLPH WOOD
    on behalf of Creditor Township of Bethlehem jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JEROME B. BLANK
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

PAUL H. YOUNG
    on behalf of Joint Debtor Lauri Ehret support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

PAUL H. YOUNG
    on behalf of Debtor Gregory Ehret support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

Case 20-11406-pmm   Doc 40   Filed 12/16/20   Entered 12/17/20 01:16:23   Desc Imaged
Certificate of Notice   Page 4 of 5
District/off: 0313-4   User: Adminstra   Page 4 of 4
Date Rcvd: Dec 14, 2020   Form ID: 152   Total Noticed: 73

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gregory Ehret and Lauri Ehret
    Debtor(s)

Case No: 20−11406−pmm

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 1/14/21 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

39 − 30
Form 152