United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 20-11406-pmm

Gregory Ehret    Chapter 13

Lauri Ehret

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 4
Date Rcvd: Jan 29, 2021    Form ID: pdf900    Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Ehret, Lauri Ehret, 3439 Colgate Court, Bethlehem, PA 18020-2012 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14478684 | + | Affiliated Creditors, Inc., 176 Thompson Lane, Nashville, TN 37211-2468 |
| 14478689 | | Asset Recovery Solutions, LLC, 2200 E. Devon Ave., Ste. 200, Des Plaines, IL 60018-4501 |
| 14478692 | + | Bethlehem Eye Associates PC, 800 Eaton Avenue, Suite 101, Bethlehem, PA 18018-1867 |
| 14478693 | + | Bethlehem Township, 4225 Easton Avenue, Bethlehem, PA 18020-1496 |
| 14478696 | | CH Hospital of Allentown, PO Box 826348, Philadelphia, PA 19182-6348 |
| 14478697 | + | CHS Profession Practice Inc., PO Box 826348, Philadelphia, PA 19182-6348 |
| 14497205 | + | CREDIT FIRST NA, po box 818011, CLEVELAND, OH 44181-8011 |
| 14504842 | + | City of Bethlehem, 10 East Church Street, Attn: Solicitor's Office, Bethlehem, PA 18018-6028 |
| 14478698 | + | City of Bethlehem, Water, Sewer & Misc. Services, 10 E. Church St., Bethlehem, PA 18018-6005 |
| 14478701 | + | Credit First National Assoc, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14478700 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14500308 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14534860 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14559389 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14478704 | + | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 14478703 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14478705 | + | FirstSource Advantage LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 14478707 | + | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 14478706 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 14486855 | | Freedom Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14559497 | + | Freedom Mortgage Corporation, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14487154 | + | Freedom Mortgage Corporation, C/O THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14478710 | | HSA Home Warranty, PO Box 851, Memphis, TN 38101-0851 |
| 14478717 | + | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 14478723 | + | PPL Electric Utilities, PO Box 25222, Lehigh Valley, PA 18002-5222 |
| 14478721 | + | Penn Credit, 916 S 14th St, PO Box 988, Harrisburg, PA 17108-0988 |
| 14478720 | + | Penn Credit, Attn:Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 14478724 | + | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14478725 | + | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 14478726 | + | St. Luke's Anderson Campus, Lockbox #9132, PO Box 8500, Philadelphia, PA 19178-8500 |
| 14478727 | | St. Luke's Physician Group, Box 4096, PO Box 8500, Philadelphia, PA 19178-4096 |
| 14478728 | | Teamster Privilege Credit Card, PO Box 71104, Charlotte, NC 28272-1104 |
| 14478729 | + | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14478730 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |

Case 20-11406-pmm  Doc 46  Filed 01/31/21  Entered 02/01/21 00:47:10  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: pdf900 | Total Noticed: 73 |

| | | |
|---|---|---|
| 14478731 | | The CBE Group, Inc., Payment Processing Center, PO Box 2068, Waterloo, IA 50704-2068 |
| 14497802 | + | Township of Bethlehem, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14497803 | + | Township of Bethlehem, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14494607 | + | Vive Financial, 380 Data Drive, Suite #200, Draper UT 84020-2361 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2021 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 30 2021 01:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14478688 | | Email/Text: ebn@americollect.com | Jan 30 2021 01:47:00 | Americollect Inc, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 14478687 | | Email/Text: ebn@americollect.com | Jan 30 2021 01:47:00 | Americollect Inc, Po Box 1566, 1851 S Alverno Rd, Manitowoc, WI 54221 |
| 14502928 | + | Email/Text: g20956@att.com | Jan 30 2021 01:47:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14501284 | | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2021 01:46:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14478685 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2021 01:46:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14478686 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2021 01:46:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14478691 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 30 2021 01:47:00 | Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14478690 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 30 2021 01:47:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 14496495 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2021 02:30:19 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14478695 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 30 2021 02:31:33 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14478694 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 30 2021 02:30:19 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14478699 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2021 01:47:00 | Comenity - Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 14478702 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2021 02:30:56 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14501231 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 30 2021 02:30:24 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14478708 | + | Email/Text: bankruptcy@hccredit.com | Jan 30 2021 01:47:00 | HC Processing Center, Po Box 829, Springdale, AR 72765-0829 |
| 14478709 | + | Email/Text: bankruptcy@hccredit.com | Jan 30 2021 01:47:00 | HC Processing Center, 203 E Emma Ave Ste A, Springdale, AR 72764-4625 |
| 14478711 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2021 01:46:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14481009 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2021 02:30:20 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 20-11406-pmm    Doc 46    Filed 01/31/21    Entered 02/01/21 00:47:10    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: pdf900 | Total Noticed: 73 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14478712 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2021 02:30:21 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14478713 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2021 01:47:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14478714 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2021 01:47:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14499792 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2021 01:47:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14478716 | + | Email/Text: bankruptcy@sccompanies.com | Jan 30 2021 01:47:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14478715 | + | Email/Text: bankruptcy@sccompanies.com | Jan 30 2021 01:47:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14478719 | + | Email/PDF: cbp@onemainfinancial.com | Jan 30 2021 02:30:19 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14494026 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2021 02:30:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14495808 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2021 01:47:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Township of Bethlehem, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14498011 | *+ | Township of Bethlehem, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14478718 | ##+ | Nationwide Credit, P.O. Box 26314, Lehigh Valley, PA 18002-6314 |
| 14478722 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: pdf900 | Total Noticed: 73 |

JAMES RANDOLPH WOOD
    on behalf of Creditor Township of Bethlehem jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JEROME B. BLANK
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

PAUL H. YOUNG
    on behalf of Joint Debtor Lauri Ehret support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

PAUL H. YOUNG
    on behalf of Debtor Gregory Ehret support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GREGORY EHRET & LAURI EHRET | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 20-11406 PMM |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**. Debtors are barred from filing another bankruptcy case, either individually or jointly, for a period of one (1) year from the date of this Order without first obtaining leave of court.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: January 28, 2021**

                                             PATRICIA M. MAYER
                                             U.S. BANKRUPTCY JUDGE