**EXHIBIT A – TIME SHEET**
**FEE PETITION FOR GREGORY & LAURIE EHRET**
**CASE NO. 20-11406**

### Hours for Paul Young, Esq.

| Date | Description | Hours |
|---|---|---|
| 01/02/2020 | Phone appointment with client | 1.0 |
| 03/05/2020 | Review of emergency petition | .3 |
| 03/10/2020 | Client correspondence re remaining schedules | .4 |
| 03/10/2020 | Review of Motion to Extend Stay | .3 |
| 04/07/2020 | Court Appearance re Motion to Extend Stay | .6 |
| 04/07/2020 | Review of petition, schedules and plan | .8 |
| 04/10/2020 | Phone appointment with client | .7 |
| 04/16/2020 | Client Correspondence re 341 hearing | .2 |
| 05/11/2020 | Phone appointment with client re 341 hearing | .7 |
| 05/12/2020 | Appearance at 341 hearing | .4 |
| 10/29/2020 | Correspondence to mortgage lender re loan modification | .5 |

7.7 @ $300 per hr.

**$2,310.00**

### Hours for Gail Marr, Esq.

| Date | Description | Hours |
|---|---|---|
| 02/27/2020 | Meeting with client to review petition & plan | 1.5 |

1.5 @ $300 per hr.

**$450.00**

### Hours for Cameron Deane, Esq.

| Date | Description | Hours |
|---|---|---|
| 01/13/2021 | Email correspondence to trustee re confirmation & motion to dismiss | .2 |

| | | |
|---|---|---|
| 01/15/2021 | Client correspondence re motion to dismiss | .3 |
| 01/27/2021 | Email correspondence to trustee re confirmation & motion to dismiss | .2 |
| 01/29/2021 | Client correspondence re dismissal | .4 |

_____
1.1 @ $200 per hr.

**$220.00**

### Hours for Cameron Deane, Esq. (as paralegal through December 21, 2020)

| | | |
|---|---|---|
| 03/05/2020 | Prepare & ECF Filing of emergency petition | .4 |
| 03/05/2020 | Notice of filing to sheriff and mortgage company | .3 |
| 03/10/2020 | Prepare & ECF Filing of Motion to Extend Stay | .8 |
| 03/19/2020 | Prepare & ECF Filing of Motion to Extend Time | .3 |
| 04/07/2020 | Preparation of petition, schedules and plan | 1.3 |
| 04/07/2020 | ECF Filing of remaining schedules | .5 |
| 04/07/2020 | Correspondence to Client regarding Plan Payment | .3 |
| 04/20/2020 | Telephone appointment with client re documents for 341 | .4 |
| 04/28/2020 | Accumulating, preparing, uploading of documents for for 341 Hearing | 1.0 |
| 05/072020 | Preparing, uploading of documents for 341 Hearing | .3 |
| 05/12/2020 | Preparation of Amended Chapter 13 Plan | 1.2 |

_____
6.8 @ $100 per hr.

**$680.00**

**$3,660.00 Total**
