## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gregory and Lauri Ehret,     :     **Chapter 13**

                          :

       **Debtor**         :

                          :     **Bky. No.  20-11406 PMM**

# O R D E R

**AND NOW, WHEREAS**:

A.  The Debtor's counsel Paul H. Young ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 36, supplemented by doc. no. 47, "the Application").

B.  The Application is being considered following the dismissal of this case, consistent with <u>In re Lewis</u>, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C.  The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D.  The Debtor paid the Applicant $00.00 in compensation before the commencement of the case.

E.  Reasonable and allowable compensation is allowed to the Applicant in the amount of $3,660.00.

       It is therefore, **ORDERED** that:

1.  The Application is **GRANTED**.  The Trustee is authorized to pay counsel **$3,660.00**.

2.  The Chapter 13 Trustee  is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: March 16, 2021

                           _____

                           **PATRICIA M. MAYER**
                           **U.S. BANKRUPTCY JUDGE**